Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED OCT 19 '23 AM 10:30 USDC-AL

# UNITED STATES DISTRICT COURT

### for the

Southern District of Alabama ⊡

Southern Division

|  |  |
|---|---|
| MICHAEL THOMAS <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br><br> **-v-** <br><br> JP MORGAN CHASE BANK <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.  23-cv-394-TFM-B
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL THOMAS |
| Street Address | 805 Morningview Dr |
| City and County | Thomasville |
| State and Zip Code | AL 36784 |
| Telephone Number | 334-830-0734 |
| E-mail Address | kingvyrus@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                    JP MORGAN CHASE BANK

    Job or Title *(if known)*

    Street Address         700 Kansas Lane

    City and County       Monroe

    State and Zip Code    Louisiana   71203

    Telephone Number    1-800- 870 - 8482

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Security fraud

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In the attached documents the plaintiff applied for a vehicle in the amount of $101,734 using a consumer credit transaction, and was denied. The plaintiff tried to get the defendant to correct their wrong but they stated their decision is final. The Plaintiff has a right to credit utilizing the collateral security, application, but is being withheld access to their securities.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff is seeking $101,734.00 plus unearned interest.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-19-2023

Signature of Plaintiff    _Michael Thomas_
Printed Name of Plaintiff    MICHAEL THOMAS

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

8/11/23, 10:37 AM    Decision Details - Print

Dealertrack

Chase

CHASE ◯  ✗ Declined    Jason Pilger Chrysler Dodge Jeep Ram 498920

FILED OCT 19 '23 AM 10:30 USDCALS

## Applicant(s)

| | |
|---|---|
| Applicant Name | MICHAEL THOMAS |
| Co-Applicant | -- |

## Financing Information

| | |
|---|---|
| Requested Product | Retail |
| Program | -- |
| Amount Requested (incl TT&L) | $101,734.00 |
| Term | 84 mos |
| Acquisition Fee | $0.00 |
| Buy Rate | -- |
| Tier Level | -- |
| LTV Ratio | 108.90 |
| Reference | |

## Vehicle

| | |
|---|---|
| New/Used | NEW |
| Y/M/M | 2023/JEEP/GRAND WAGO |
| Trim | 4X4 |
| VIN # | 1C4SJVEJXPS569263 |
| Mileage | 15 |

## Reasons

1. LENGTH OF TIME SINCE LAST DEROGATORY ACCOUNT(S)
2. LENGTH OF TIME SINCE OLDEST ACCOUNT ESTABLISHED
3. INSUFFICIENT INCOME RELATIVE TO LOAN AMOUNT REQUESTED
4. INSUFFICIENT EQUITY IN VEHICLE

## Stipulations

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, Ohio 43240

02579 ACP 001 001 23323 NNNNNNNNNNNN AA 112
**MICHAEL J THOMAS**
805 MORNINGVIEW DR
THOMASVILLE AL 36784

August 21, 2023

**Dealer:**    JASON PILGER CHRYSLER D

Dear Applicant:

Thank you for your recent credit application for a vehicle with us. We reviewed your application, and we're unable to approve an account for you at this time. We know this isn't the answer you were hoping for, and we'd like to give you more information about our decision.

**Reasons for Denial of Credit**
Your application was processed by a credit scoring system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analysis of repayment histories of large numbers of customers. The reasons you did not score a sufficient number of points for approval of your application compared with other applicants were:

- LENGTH OF TIME SINCE LAST DEROGATORY ACCOUNT(S)
- LENGTH OF TIME SINCE OLDEST ACCOUNT ESTABLISHED
- INSUFFICIENT INCOME RELATIVE TO LOAN AMOUNT REQUESTED
- INSUFFICIENT EQUITY IN VEHICLE

Details about the credit bureau and credit score we used to make this decision are included at the end of this letter. This information can help to build awareness around credit health, which is an important part of being approved for a future application.

**We have a free tool that can help**
Chase Credit Journey℠ is our credit education resource where you can:
- Explore personalized resources to help you build and maintain your credit.
- See your latest credit score for free anytime, without affecting your credit.
- Gain insights into your credit health and how certain factors affect your score.
- Receive alerts to help protect your credit and identity.

You can enroll in Credit Journey at chase.com/CreditJourney. You don't have to be a Chase customer to get started.

We appreciate your interest.

Sincerely,

Chase Auto

Enclosure

**We used information from your credit report**
Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

EXPERIAN
PO BOX 2002
ALLEN TX 75013
1-888-397-3742

**FAIR CREDIT REPORTING ACT NOTICE**
Under the Fair Credit Reporting Act, you also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

**Executive Office (Mail Code OH4-7120)**
3415 Vision Drive
Columbus, OH 43219

**CHASE** 

August 23, 2023

Michael J. Thomas
805 Morningview Dr.
Thomasville, AL 36784

**We correctly declined your credit application**

Reference Number: ECW230815-09161

Dear Michael J. Thomas:

We are responding to your inquiry about your declined auto application. We appreciate the opportunity to assist you.

On August 10, 2023, we received an auto application in your name from Jason Pilger Chrysler Dodge (dealership) to finance a 2023 Jeep Grand Wagoneer.

By submitting the application, you agreed to authorize the dealership and those to whom the dealership submits your application to obtain credit reports to determine your creditworthiness. As a result, we processed an inquiry through Experian on your credit file. On August 21, 2023, we sent you the enclosed decision letter that explained why we could not approve your application.

While we regret your dissatisfaction, we are not violating your consumer credit rights by not approving your request for credit. We deny your allegations that we have violated any laws and confirmed that we handled your auto application appropriately. We respectfully decline your request for any compensation.

If you have questions, please call David Whitehead at 1-877-805-8049, extension 1050005627, or call the Executive Office. Our office is available Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time. We accept operator relay calls.

Sincerely,

Executive Office
1-877-805-8049
1-866-535-3403 Fax; it's free from any Chase branch
executive.office@chase.com
chase.com

Enclosure

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-805-8049, de lunes a viernes de 8 a.m. a 9 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

ID YEYCoSIL9Y
EAS17

# RESPONSE TO ADVERSE ACTION

## Letter for credit claim & Instructions

August 28, 2023


TO JPMorgan Chase Bank,


I Thomas, Michael\Agent on behalf of MICHAEL THOMAS\
PRINCIPAL hereby accepts all titles, rights, interest and equity owed to
MICHAEL THOMAS\ principal on behalf of the principal. I hereby
instruct the CFO or Indenture Trustee of JPMorgan Bank to transfer the
principal's balance to the principal's account for set off. I also instruct
the CFO or Indenture Trustee of JPMorgan Chase Bank to reverse the
denial for the vehicle applied for at Jason Pilger CDJR in the amount of
$101,734.00. I instruct the CFO or Indenture Trustee to respond in
writing if instructions cannot be completed. I give JPMorgan Chase
Bank 3 business days. If I do not receive anything from JPMorgan Chase
Bank in 3 business days, I can assume the instructions have been
completed. *Attached is a copy of the Federal Reserve Act Section 16
part 1 & 2.*


For: Michael Thomas\Principal

By: Thomas; Michael\Agent

# Federal Reserve Act

## Section 16. Note Issues

### 1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[12 USC 411. As amended by act of Jan. 30, 1934 (48 Stat. 337). For redemption of Federal reserve notes whose bank of issue cannot be identified, see act of June 13, 1933.]

### 2. Application for notes by Federal Reserve banks

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of, or are otherwise held by or on behalf of, Federal Reserve banks.

ALABAMA POWER OF ATTORNEY FORM

IMPORTANT INFORMATION

This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975.

This power of attorney does not authorize the agent to make health care decisions for you. Such powers are governed by other applicable law.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

Your agent is entitled to reimbursement of reasonable expenses and reasonable compensation unless you state otherwise in the Special Instructions.

This form provides for designation of one agent. If you wish to name more than one agent you may name a co-agent in the Special Instructions. Co-agents are not required to act together unless you include that requirement in the Special Instructions.

If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

This power of attorney becomes effective immediately unless you state otherwise in the Special Instructions.

If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.

DESIGNATION OF AGENT

I **MICHAEL THOMAS**

(Name of Principal)

name the following person as my agent:

Name of Agent: Michael Thomas

Agent's Address: 805 Morningview Dr, Thomasville, AL 36784

Agent's Telephone Number: 334 830 0734

DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my agent is unable or unwilling to act for me, I name as my successor agent:

Name of Successor Agent: None

Successor Agent's Address:

Successor Agent's Telephone Number:

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:

Name of Second Successor Agent: None

Second Successor Agent's Address:

Second Successor Agent's Telephone Number:

GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975:

If you wish to grant general authority over all of the subjects enumerated in this section you may SIGN here:

£ MICHAEL THOMAS

(Signature of Principal)

OR

If you wish to grant specific authority over less than all subjects enumerated in this section you must INITIAL by each subject you want to include in the agent's authority:

_____Real Property as defined in Section 26-1A-204

_____Tangible Personal Property as defined in Section 26-1A-205

_____Stocks and Bonds as defined in Section 26-1A-206

_____Commodities and Options as defined in Section 26-1A-207

_____Banks and Other Financial Institutions as defined in Section 26-1A-208

_____Operation of Entity or Business as defined in Section 26-1A-209

_____Insurance and Annuities as defined in Section 26-1A-210

_____Estates, Trusts, and Other Beneficial Interests as defined in Section 26-1A-211

_____Claims and Litigation as defined in Section 26-1A-212

_____Personal and Family Maintenance as defined in Section 26-1A-213

_____Benefits from Governmental Programs or Civil or Military Service as defined in
Section 26-1A-214

_____Retirement Plans as defined in Section 26-1A-215

_____Taxes as defined in Section 26-1A-216

_____Gifts as defined in Section 26-1A-217

GRANT OF SPECIFIC AUTHORITY (OPTIONAL)

My agent MAY NOT do any of the following specific acts for me UNLESS I have
INITIALED the specific authority listed below:

(CAUTION: Granting any of the following will give your agent the authority to take
actions that could significantly reduce your property or change how your property is
distributed at your death. INITIAL the specific authority you WANT to give your
agent.)

_MT_ Create, amend, revoke, or terminate an inter vivos trust, by trust or applicable
law

M+ Make a gift to which exceeds the monetary limitations of Section 26-1A-217 of the Alabama Uniform Power of Attorney Act, but subject to any special instructions in this power of attorney

MT Create or change rights of survivorship

MT Create or change a beneficiary designation

MT Authorize another person to exercise the authority granted under this power of attorney

MT Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan

MT Exercise fiduciary powers that the principal has authority to delegate

LIMITATIONS ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse, or descendant MAY NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support unless I have included that authority in the Special Instructions.

Limitation of Power. Except for any special instructions given herein to the agent to make gifts, the following shall apply:

(a) Any power or authority granted to my Agent herein shall be limited so as to prevent this Power of Attorney from causing any Agent to be taxed on my income or from causing my assets to be subject to a "general power of appointment" by my Agent as defined in 26 U.S.C. §2041 and 26 U.S.C. §2514 of the Internal Revenue Code of 1986, as amended.

(b) My Agent shall have no power or authority whatsoever with respect to any policy of insurance owned by me on the life of my Agent, or any trust created by my Agent as to which I am a trustee.

SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines. For your protection, if there are no special instructions write NONE in this section.

_NONE_

_____

_____

_____

_____

_____

EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

NOMINATION OF [CONSERVATOR OR GUARDIAN] (OPTIONAL)

If it becomes necessary for a court to appoint a [conservator or guardian] of my estate or [guardian] of my person, I nominate the following person(s) for appointment:

Name of Nominee for [conservator or guardian] of my estate: NONE _____

Nominee's Address: _____

Nominee's Telephone Number: _____

Name of Nominee for [guardian] of my person: _____.

Nominee's Address: _____

Nominee's Telephone Number: _____

RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

SIGNATURE AND ACKNOWLEDGMENT

x MICHAEL THOMAS _____

(Signature of Principal)

Your Signature Date: _Michael Thomas_ 4-10-2023

Your Name Printed: _Michael Thomas_

Your Address: _805 Morningview Dr, Thomasville, AL 36784_

Your Telephone Number: _334-830-0734_

State of _Alabama_

[County] of _Clarke_

I, _Angela Lewis_, a Notary Public, in and for the County in this State, hereby certify that _Michael Thomas_, whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he or she executed the same voluntarily on the day the same bears date.

Given under my hand this the _10th_ day of _April_, 20 _23_.
_____ (Seal, if any)

Signature of Notary _Angela Lewis_

My commission expires: _04/22/2024_

[This document prepared by:

_MICHAEL THOMAS_                              ]

IMPORTANT INFORMATION FOR AGENT

Agent's Duties

When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the power of attorney is terminated or revoked. You must:

(1) do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;

(2) act in good faith;

(3) do nothing beyond the authority granted in this power of attorney; and

(4) disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

(Principal's Name) by (Your Signature) as Agent

Unless the Special Instructions in this power of attorney state otherwise, you must also:

(1) act loyally for the principal's benefit;

(2) avoid conflicts that would impair your ability to act in the principal's best interest;

(3) act with care, competence, and diligence;

(4) keep a record of all receipts, disbursements, and transactions made on behalf of the principal;

(5) cooperate with any person that has authority to make health care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and

(6) attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

(1) death of the principal;

(2) the principal's revocation of the power of attorney or your authority;

(3) the occurrence of a termination event stated in the power of attorney;

(4) the purpose of the power of attorney is fully accomplished; or

(5) if you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

Liability of Agent

The meaning of the authority granted to you is defined in the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975. If you violate the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975, or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.

*(Act 2011-683, p. 2015, §1.)*

**Agent's certification.**

AGENT'S CERTIFICATION AS TO THE VALIDITY OF POWER OF
ATTORNEY AND AGENT'S AUTHORITY

State of _____Alabama_____

[County] of _____Clarke_____

I, _____Michael Thomas_____ (Name of Agent), [certify]
under penalty of perjury that _____MICHAEL THOMAS_____

(Name of Principal)

granted me authority as an agent or successor agent in a power of attorney dated
_____April 10, 2023_____.

I further [certify] that to my knowledge:

(1) the Principal is alive and has not revoked the Power of Attorney or my authority to
act under the Power of Attorney and the Power of Attorney and my authority to act
under the Power of Attorney have not terminated;

(2) if the Power of Attorney was drafted to become effective upon the happening of an
event or contingency, the event or contingency has occurred;

(3) if I was named as a successor agent, the prior agent is no longer able or willing to
serve;

SIGNATURE AND ACKNOWLEDGMENT

_____

Agent's Signature Date:
_____Michael Thomas_____ 4-10-2023

Agent's Name Printed:
_____Michael Thomas_____

Agent's Address:

_805 Morningview Dr, Thomasville, AL 36784_

Agent's Telephone Number:

_334-830-0734_

This document was acknowledged before me on

_April 10, 2023_,

(Date)

by _Michael Thomas_.

(Name of Agent)

_____ (Seal, if any)

Signature of Notary _Angela Lewis_

My commission expires: _04/22/2024_

[This document prepared by:

_MICHAEL THOMAS_ ]

*(Act 2011-683, p. 2015, §1.)*

# RESPONSE TO ADVERSE ACTION

## September 20, 2023
### *OPPORTUNITY TO CURE*

I Thomas; Michael is the beneficiary on behalf of the Principal MICHAEL THOMAS am responding to the adverse action letter that was received August 21, 2023, denying me credit in which one was the reasons was "INSUFFICIENT INCOME RELATIVE TO LOAN AMOUNT REQUESTED." The ECOA states I can't be denied based on income from any source. Chase is discriminating against me based on income without giving me a chance to prove if I can complete my performance for the vehicle. Basically, Chase is stating if I had more income then I can be approved which is a clear indication of discrimination. Chase is a national bank which means Chase is obligated to follow the Federal Reserve Act and according to section 16 part 2, the collateral security fully guaranteed as to principal and interest by the U.S. or any agency thereof and in no event shall such collateral security be less than the amount of Federal Reserve notes applied for. 12 USC 1431 states the Banks are the borrowers and the Banks pay the interest. I have a security interest since my social security was on the application and if I can't utilize my security interest that's security fraud and should be reported to the SEC. I give the CFO or the Indentured Trustee of Chase five (5) business days to reverse the denial for the vehicle. If Chase wishes to continue to commit security fraud, I instruct Chase to respond in writing for reasons for doing so.

Thomas; Michael for MICHAEL THOMAS

# RESPONSE TO ADVERSE ACTION

## DEFAULT NOTICE

### October 5, 2023

### Application Number: 232221427370

A letter was sent to Chase Bank August 28, 2023, and September 20, 2023, to reverse the denial of an application that was submitted. I applied for a vehicle in the amount of $101,734 on 8/10/2023 and was denied. Regardless of the reason for being denied, I have the right to credit. Withholding my access to my securities is security fraud. You are violating the Equal Credit Opportunity Act and Consumer Credit Protection Act. Since you are denying me access to my credit, please retract my application. This is the third and final letter being sent to Chase Bank to correct their wrongdoing. I give Chase Bank five (5) business days to respond in writing to this letter.


Thank You,


Thomas, Michael

Attorney-in-fact for MICHAEL THOMAS

**Executive Office (Mail Code OH4-7120)**
3415 Vision Drive
Columbus, OH 43219

**CHASE** ⬡

October 11, 2023

Michael J. Thomas
805 Morningview Dr.
Thomasville, AL 36784

**We correctly declined your credit application**

Reference Number:    ECW230815-09161-R1

Dear Michael J. Thomas:

We are responding to your inquiry about your declined auto application. We appreciate the opportunity to assist you.

We previously advised you in our enclosed response dated August 23, 2023, with enclosures that we handled your auto loan application appropriately. We denied your allegations that we violated your consumer credit rights or any laws. We respectfully decline your request for any compensation.

While we regret your dissatisfaction, we will not change our decision or continue to respond to you about it unless we receive new information that could affect our decision. We consider our position on this matter to be reasonable, accurate and final.

We take complaints that claim discrimination seriously. We do not tolerate any form of discrimination as it is strictly against our policy and contrary to our corporate culture.

If you have questions about another matter related to your account, please call us at the number below. Our office is available Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time. We accept operator relay calls.

Sincerely,

Executive Office
1-877-805-8049
1-866-535-3403 Fax; it's free from any Chase branch
executive.office@chase.com
chase.com

Enclosure

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-805-8049, de lunes a viernes de 8 a.m. a 9 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

ID YEYCoSIL9Y
EAS17