# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL THOMAS, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-394-TFM-B |
| JP MORGAN CHASE BANK, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On August 23, 2024, the Magistrate Judge entered a report and recommendation which recommends the Defendant's motion to dismiss (Doc. 6) be granted and this case be dismissed with prejudice. *See* Doc. 17. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, the Defendant's motion to dismiss (Doc. 6) is **GRANTED** and this action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 12th day of September, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE